UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

No: 02-3562

FILED
JAMES BONINI
CLERK

04 JUN 24 PM 12:12

Filed: June 23, 2004

CLIFFORD CALEB BENNETT

    Plaintiff - Appellant

1:01-82

v.

SCHROEDER, Police Officer, et al.,

    Defendants - Appellees

**MANDATE**

Pursuant to the court's disposition that was filed 5/27/04 the mandate for this case hereby issues today.

COSTS: NONE

A True Copy.

Attest:

_____
Deputy Clerk